TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

MEMO ENDORSED

October 7, 2026

**VIA ECF**

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Lanzo v. Commissioner of Social Security*
Civil Action No. 7:26-cv-05782-VR

Dear Judge Reznik,

We write on behalf of our client, Theresa Selma Lanzo, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's Brief, which is currently due on October 12, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her brief on or before: **January 11, 2027**;

2. Defendant to file its brief on or before: **April 12, 2027**; and

3. Plaintiff to file her reply, if any, on or before: **April 26, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)

Plaintiff's request is GRANTED. The deadline to submit Plaintiff's brief is extended to January 11, 2027. Defendant's brief is due by April 12, 2027 and Plaintiff's reply is due by April 26, 2027.

The Clerk of Court is respectfully directed to close the gavel on ECF No. 10.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/8/2026